```
 1  PETER N. HADIARIS, ESQ.
    State Bar No. 122590
 2  23 Pleasant Lane
    San Rafael, CA 94901
 3  415/694-0052
    peter@hadiaris.com
 4  Attorney for plaintiff
```

                    UNITED STATES BANKRUPTCY COURT

                    NORTHERN DISTRICT OF CALIFORNIA

| In Re: | ) | |
|---|---|---|
| ROBIN WILSON | ) | No. 16-31076 |
| Debtor(s) | ) | Chapter 7 |
| JUDITH BOLTER, | ) | |
| Plaintiff, | ) | Adv. No. 17-03073 |
| v. | ) | |
| ROBIN WILSON | ) | MOTION TO DISMISS UNDER FRBP 7041 |
| Defendants. | ) | |

Plaintiff Judith Bolter moves to dismiss this adversary proceeding under FRBP 7041, unless another party in interest chooses to continue prosecution of the objections to discharge. The grounds for this motion are that Bolter has settled her individual claims on terms that no longer give her an interest in the proceeding, and therefore she no longer has standing to pursue the objection to discharge. This motion is based on the accompanying declaration of Peter N. Hadiaris and memorandum of points and authorities, and such other evidence as may come

1

before the court.

Dated: May 20, 2019                                   PETER N. HADIARIS, ESQ.


***Peter N. Hadiaris***
Peter N. Hadiaris, Esq.
Attorney for creditor
Judith Bolter